United States District Court

Southern District of New York

15CV 5736

Desmond M. Witherspoon

RECEIVED
SDNY PRO SE OFFICE
2015 JUL 21 A 9:

Complaint

Plaintiffs.

Desmond M. Witherspoon

-vs-

Defendant(s)

Consequence, lucrano the Boss, Young Bouncer, Kaposlyfe. Jesenia, Aang, Kingari, Mally Mall, TT Lady Luscious, Mizz Twerksum, D.J. Franzen, Sandi Granham, L.A. Brown, Kyra chaos, Dana Zee, Propatu, wingzito, niggas hate bugatti, cluwonant, O Torres, Bigwest, Rico, TBT, Reepuncity, PRdastar, kushedgod, bitches luv fatboy Prime Multi suc, Young Squad, Euro Salif, nofrisbee,

Gilbert Arenas, Spanish Fly 1 and only, Double Dose Twins, Ms. Damn, Bella Sandiego, Joann shari, Ashley logan, Yolie Monroe, Dolly Castro, Antonette Au Dream: Tyger Booty, Direct Industries, Swiss Beats, Pharrell Williams', Cool & Dre, Nelly, Lil Scrappy Buffie the Body, Amazin Amie, Debrah Bryant, Cruise Da Future, Shelly Rosay

Guyanese Jumbie, Cashmere Rosas, Ronnie Ortiz, D.J. Paddy D

Court Call, Isle Blue llc, Alliance Air Frieght & Logistics,

Rhapsody, Gotham Ghostwriters, Luxury Retreats, Melvin

Paramore, Alexs Skyy

Consequence: 1755 Broadway New York, N.Y. 10019

lucIano the Boss: 451 w 151st st. New York, N.Y. 10019

Young Bouncer: 451 w 151st st. New York, N.Y. 10019

Kapoolyfe: 451 w 151st st. New York, N.Y. 10019

Jesenia: 451 w 151st st. New York, N.Y. 10019

Aang: 451 w 151st st. New York, N.Y. 10019

Kingari: 451 w 151st st New York, N.Y. 10019

Mally Mall: 1515 Broadway 14th Fl. New York, N.Y. 10019

TT Lady luscious: 3595 clairmount Rd. Atlanta, GA.

Mizz Twerksum: 1060 Cedar Bridge Ave Brick, N.J. 08723

D.J. Franzen: 395 Hudson St. #7 New York, N.Y. 10019

Sandi Graham: 1755 Broadway New York, N.Y. 10019

L.A. Brown: 352 Lenox Ave New York, N.Y. 10016

Kyra Chaos: 3741 Vernon Blvd Long Island city, N.Y. 11101

Dana Lee: 1532 Washington Ave Miami, Beach, Fl.

Propato: 451 w 151st st New York, N.Y.

Wingzito: 451 w 151st st New York, N.Y.

Niggas hate bugatti: 451 w 151st st New York, N.Y.

Chuwonant: 451 w 151st New York, N.Y.

O-Torres: 190 University Ave, Newark, N.J. 07102

Bigwest: 451 w 151st st New York, N.Y

Rico: 451 w 151st st New York, N.Y.

TBT: 451 w 151st st New York, N.Y.

Reepuncity: 451 w 151st st New York, N.Y.

Predastar: 451 w 151st st New York, N.Y.

Kushedgod: 451 w 151st st New York, N.Y.

bitches luv fatboy: 451 w st st New York. N.Y.

Prime multi suc: 451 w 151st St New York, N.Y.

Young Squad: 451 w 151st st New York, N.Y

euro salif: 451 w 151st st New York, N.Y.

nofrisbee: 451 w 151st st. New York, N.Y.

Gilbert Arenas: 645 5th Ave New York, N.Y.

Spanish Fly 1 and only: Capital: 1301 K st. suite 103 Washington, D.C.

Double Dose Twins: 352 Lenox Ave, New York, N.Y. 10016

Ms Damn! 352 Lenox Ave New York, N.Y. 10016

Bella Sandiego: 352 Lenox Ave New York, N.Y. 10016

Joann shari: 28 E 28th st 12th Fl New York, N.Y. 10016

Ashley Logan: 251 w 30th st New York, N.Y. 10016

Yolie Monroe: 28 E 28th st 12th Fl New York, N.Y. 10016

Dolly Castro: 4040 Galt Ocean Dr Fort Lauderdale, Fl. 33308

Antonette Au Dream: 2401 W Bonanza Rd Las Vegas, NV

Tyger Booty: 6212 Busch Blvd, Columbus, OH

Direct Industries: 17 Ave Adr Ronssin Maseille, France 13016

Swiss Beats: 1290 Ave of the Americas, New York, 10104

Pharrell Williams: 550 Madison Ave New York, N.Y. 10022

Cool & Dre: 2220 Colorado Ave, Santa Monica, C.A. 90404

Nelly: 1755 Broadway, New York, N.Y. 10019

Lil Scrappy: 1515 Broadway New York, N.Y.

Buffie the Body: 7001 Saint Andrews Rd # 429 Columbia, S.C. 292R

Amazin Amie: 3741 Vernon Blvd, Long Island City N.Y. 1119

Debrah Brayant: 1515 Broadway New York, N.Y. 10036

Cruise DA Future: 4224 church Ave Jersey City, N.J.

Shelly Rosay: 4224 Church Ave Jersey City, N.J.

Guyanese Jumbie: 4224 church Ave Jersey City, N.J.

Cashmere Rosay: 4224 church Ave Jersey City, N.J.

Ronnie Ortiz: 1515 Broadway ~~#~~ 25 New York, N.Y.

D.J. Pauly D: 1515 Broadway #25 New York, N.Y.

Court Call: 6383 Arizona Circle Los Agelles, C.A. 90045

Isle Blue llc: 1209 Churchill Downs Dr. Waxhaw, N.C. 28173

Alliance Air Frieght & Logistics: 556 W 37th St New York, N.Y.

Rhapsody: U.S. Bank. 701 5th Ave Suite 3100 Seattle W.A.

Gotham Gostwriters: 1 Union Square W Suite 909 New York, N.Y.

Luxury Retreats: 5530 Rue Saint Patrick, montreal QC H4E 1A8, Canada

Melvin Paramore: 1 Rev Dr. MLK Dr Willingboro, N.J. 08046

Alexis Skyy: 7520 High Cross Blvd Columbus, OH

The Jurisdiction of this court is invoked in pursuit in:

Sexual Abuse / Neglection

Pimping and Pandering

5 USC 133

Reorganization Act of 1939

Statement of claim: Violanting Pimping & Pandering Codes

Sexually Neglection

Reorganizaton of government Entities

Remedy: Service Agreement

[signature]

Desmond M. Witherspoon


US POSTAGE
$01.20
FIRST CLASS
Mailed From 11201
06/29/2015
031A 0005180341
Pro SE CF
7/20/15
United States District Court
Southern District of New York
(Clerks office)
From:
Desmond M. Witherspoon
296 Ninth Ave
New York, NY. 10016
2015 JUL 21
USDC SDNY